**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TE HOLDCORP, LLC, et. al., | : | Bankruptcy Case No. 20-11442 (JKS) |
| | : | BAP 21-00032 |
| | : | BAP 21-00033 |
| Debtor. | : | |
| | : | |
| _____ | : | |
| | : | |
| SPITFIRE ENERGY GROUP, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 21-779-CFC |
| | : | |
| PRESIDIO PETROLEUM, LLC | : | |
| | : | |
| Appellee. | : | |
| _____ | : | |
| | : | |
| SPITFIRE ENERGY GROUP, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 21-780-CFC |
| | : | |
| PRESIDIO PETROLEUM, LLC | : | |
| | : | |
| Appellee. | : | |

## <u>RECOMMENDATION</u>

At Wilmington this **25th** day of **June, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern

Mediation of Appeals from the United States Bankruptcy Court for this District dated

September 11, 2012, the court conducted an initial review, which included information

from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties have informally explored and are continuing to do so potential business resolution which may render further litigation efforts unnecessary. However, the appeals largely present questions of law not easily subject to compromise. Neither party believe formal mediation would be productive at this time.

The parties request the following briefing schedule be entered:

| | |
|---|---|
| Appellant's Opening Brief | Sixty (60) days of the date on which an order approving the briefing schedule is entered. |
| Appellee's Responsive Brief | Forty-five (45) days after the filing of Appellant's Opening Brief. |
| Appellant's Reply Brief | Ten (10) after Appellee's filing of its Responsive Brief. |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Because this Recommendation is consistent with the parties' request, no objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge