IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>TE HOLDCORP, LLC,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 20-11442(JKS) |
| SPITFIRE ENERGY GROUP, LLC,<br><br>Appellant,<br><br>v.<br><br>PRESIDIO PETROLEUM LLC,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-779-CFC |
| SPITFIRE ENERGY GROUP, LLC,<br><br>Appellant,<br><br>v.<br><br>PRESIDIO PETROLEUM LLC,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-780-CFC |

## **ORDER**

At Wilmington this 21st day of June, 2021, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these cases be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 30, 2021.**

2. Appellee's brief in opposition to the appeal is due on or before **October 15, 2021.**

3. Appellant's reply brief is due on or before **October 29, 2021.**

_____
United States District Judge